B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Texas

In re   Congress Materials, LLC                                  Case No.
                        Debtor(s)                                Chapter    11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Austin Powder Company<br>703 CR 1347<br>Chico, TX 76431 | Austin Powder Company<br>703 CR 1347<br>Chico, TX 76431 | | | 22,048.19 |
| Brown & Caldwell<br>201 East Washington Street<br>Phoenix, AZ 85004 | Brown & Caldwell<br>201 East Washington Street<br>Phoenix, AZ 85004 | | | 24,803.30 |
| Citibank<br>P.O. 5870 Grand Central Station<br>New York, NY 10163 | Citibank<br>P.O. 5870 Grand Central Station<br>New York, NY 10163 | | | 128,000.00 |
| Dial Lubricants<br>PO Box 540607<br>Dallas, TX 75354 | Dial Lubricants<br>PO Box 540607<br>Dallas, TX 75354 | | | 7,961.16 |
| GW Van Keppel<br>Lock Box 879515<br>Kansas City, MO 64187-9515 | GW Van Keppel<br>Lock Box 879515<br>Kansas City, MO 64187-9515 | | | 31,900.00 |
| ISSI<br>PO Box 798012<br>St. Louis, MO 63179 | ISSI<br>PO Box 798012<br>St. Louis, MO 63179 | | | 9,214.32 |
| JTM Materials<br>PO Box 2946<br>Denton, TX 76203 | JTM Materials<br>PO Box 2946<br>Denton, TX 76203 | | Disputed | 18,000.00 |
| Mine Safety and Health<br>1100 Wilson Blvd.<br>Room 2508<br>Arlington, VA 23649-7616 | Mine Safety and Health<br>1100 Wilson Blvd.<br>Room 2508<br>Arlington, VA 23649-7616 | | Disputed | 44,863.91 |
| McCalip & Company, Inc.<br>3011 LBJ Fwy, Suite 1212<br>Dallas, TX 75234 | McCalip & Company, Inc.<br>3011 LBJ Fwy, Suite 1212<br>Dallas, TX 75234 | | | 4,728.97 |
| On-Site Fuel<br>1080 A Old Fannin Rd<br>Brandon, MS 39047 | On-Site Fuel<br>1080 A Old Fannin Rd<br>Brandon, MS 39047 | | | 52,321.50 |
| Pan America Electric Inc.<br>PO Box 359<br>Davis, OK 73031 | Pan America Electric Inc.<br>PO Box 359<br>Davis, OK 73031 | | Disputed | 6,538.87 |

**B4 (Official Form 4) (12/07) - Cont.**

In re  Congress Materials, LLC  
                Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Pitney Bowes Global Financial<br>PO Box 856460<br>Louisville, KY 40285 | Pitney Bowes Global Financial<br>PO Box 856460<br>Louisville, KY 40285 | | | 5,718.57 |
| RDO Equipment Co.<br>P O Box 200047<br>Dallas, TX 75321 | RDO Equipment Co.<br>P O Box 200047<br>Dallas, TX 75321 | | | 38,515.69 |
| Star Tire Company<br>10953 Harry Hines Blvd.<br>Ft. Worth, TX 76102 | Star Tire Company<br>10953 Harry Hines Blvd.<br>Ft. Worth, TX 76102 | | | 20,188.20 |
| Sure Tec Bonding<br>9737 Great Hills Trail<br>Suite 320<br>Austin, TX 78759 | Sure Tec Bonding<br>9737 Great Hills Trail<br>Suite 320<br>Austin, TX 78759 | | | 245,000.00 |
| T-K-O Equipment Company<br>5005 LBJ Freeway<br>Suite 1000<br>Dallas, TX 75244 | T-K-O Equipment Company<br>5005 LBJ Freeway<br>Suite 1000<br>Dallas, TX 75244 | | | 80,351.71 |
| Thomas Petroleum<br>PO Box 1969<br>Dallas, TX 75240 | Thomas Petroleum<br>PO Box 1969<br>Dallas, TX 75240 | | | 45,387.76 |
| TNT Electric<br>5241 E. Hwy 82<br>Gainesville, TX 76240 | TNT Electric<br>5241 E. Hwy 82<br>Gainesville, TX 76240 | | Disputed | 13,071.14 |
| Wingfoot Commercial Tire<br>2341 N. Masch Branch Rd<br>Suite 424<br>Denton, TX 76207 | Wingfoot Commercial Tire<br>2341 N. Masch Branch Rd<br>Suite 424<br>Denton, TX 76207 | | | 4,704.22 |
| Winstead, PC<br>1202 Elm Street<br>Suite 5400<br>Dallas, Texas 75270 | Winstead, PC<br>1202 Elm Street<br>Suite 5400<br>Dallas, Texas 75270 | | | 25,000.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

    I, the Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  10/28/2010        Signature  /s/ Jay Krassoff  
                                                 Jay Krassoff  
                                                 Member

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.